**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:26-cv-1426 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PSYCOEDUCATIONAL & ACADEMIC CENTRE INC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**COMPLAINT TO REDUCE FEDERAL TAX ASSESSMENTS
TO JUDGMENT AND TO FORECLOSE FEDERAL TAX LIENS**

Plaintiff, the United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General, brings this civil action to collect unpaid internal revenue tax liabilities assessed against Psycoeducational & Academic Centre Inc and foreclose associated federal tax liens against real property Psycoeducational & Academic Centre Inc owns.

JURISDICTION AND VENUE

1. Jurisdiction for this action is conferred on the Court by 28 U.S.C. §§ 1331, 1340, and 1345, and by 26 U.S.C. §§ 7402 and 7403.

2. Venue is proper in this action by virtue of 28 U.S.C. §§ 1391 and 1396.

PARTIES

3. Plaintiff is the United States of America.

1

4.  Defendant Psycoeducational & Academic Centre Inc. ("Psycoeducational") is located at Urb. Magnolia Gardens, Calle 8 W-20, Bayamon, PR 00956, which is within the jurisdiction of this Court.

## COUNT I

### REDUCE FEDERAL QUARTERLY EMPLOYMENT TAX ASSESSMENTS TO JUDGMENT

5.  On the several dates in the below table, a delegate of the Secretary of Treasury of the United States assessed against Psycoeducational unpaid Federal Insurance Contributions Act (FICA) quarterly taxes for tax years ending December 31, 2016 through December 31, 2024:

| Tax and Period | Original Tax Assessed | Assessment Date | Original Penalties Assessed | Balance Due, as of August 1, 2026, including Interest |
|---|---|---|---|---|
| FICA 2016Q1 | $6,777.86 | July 4, 2016 | $1,694.47 | $16,032.11 |
| FICA 2016Q2 | $4,959.40 | September 19, 2016 | $1,239.85 | $12,009.92 |
| FICA 2017Q1 | $7,415.19 | September 18, 2017 | $1,853.80 | $16,221.47 |
| FICA 2018Q2 | $4,724.01 | September 17, 2018 | $828.50 | $6,285.61 |
| FICA 2018Q3 | $4,454.50 | December 31, 2018 | $1,1113.62 | $9,499.84 |
| FICA 2019Q2 | $4,880.33 | November 2, 2020 | $1,220.08 | $8,397.38 |
| FICA 2019Q3 | $4,320.95 | November 2, 2020 | $1,080.24 | $7,324.55 |
| FICA 2019Q4 | $8,206.15 | November 2, 2020 | $2,051.54 | $13,703.56 |
| FICA 2020Q2 | $5,485.54 | March 8, 2021 | $1,371.39 | $7,760.29 |
| FICA 2020Q4 | $5,396.89 | October 18, 2021 | $1,227.79 | $7,434.64 |
| FICA 2021Q1 | $4,379.65 | October 25, 2021 | $963.53 | $5,411.96 |
| FICA 2021Q3 | $3,376.24 | February 7, 2022 | $656.52 | $3,116.82 |
| FICA 2022Q1 | $5,643.43 | October 10, 2022 | $860.62 | $4,996.86 |
| FICA 2022Q2 | $4,523.00 | November 28, 2022 | $656.83 | $4,863.63 |
| FICA 2022Q4 | $6,596.18 | March 13, 2023 | $841.26 | $5,216.58 |
| FICA 2023Q3 | $4,956.71 | December 25, 2023 | $693.94 | $4,029.96 |
| FICA 2023Q4 | $8,286.83 | March 18, 2024 | $952.99 | $8,329.49 |
| FICA 2024Q4 | $9,047.90 | March 3, 2025 | $93.99 | $9,149.84 |
| **TOTAL** | | | | **$149,784.51** |

6.  FICA taxes consist of Social Security and Medicare withholdings Psycoeducational was required to withhold from its employees' paychecks but did not withhold.

7. The tax liabilities for tax years 2016 through 2024 stem from Form 941, which businesses are required to file every quarter.

8. The total amount of federal taxes, including penalties and other statutory accruals, described in paragraphs 5 through 7 that the Secretary of the Treasury assessed against Psycoeducational for tax years 2016 through 2024 is $149,784.51 as of August 1, 2026.

9. The Internal Revenue Service gave notice and demand for payment of the tax assessments described in paragraphs 5 through 7 to Psycoeducational.

10. Statutory additions for interest and penalties have accrued and will continue to accrue on the unpaid balance of the tax assessments described in paragraphs 5 through 7.

11.  Psycoeducational has failed to pay the full amount owed under the assessments described in paragraphs 5 through 7.

12. By reason of the foregoing, Psycoeducational is indebted to the United States for federal FICA tax and statutory additions for interest and penalties in the amount of **$149,784.51** as of August 1, 2026, plus interest and penalties that will continue to accrue according to law until paid.

COUNT II

REDUCE FEDERAL ANNUAL
UNEMPLOYMENT TAX ASSESSMENTS TO JUDGMENT

13. On November 8, 2021, a delegate of the Secretary of Treasury of the United States assessed against Psycoeducational unpaid federal annual unemployment taxes in the amount of $1,091.83 for tax year 2020.  This tax liability stems from Form 940, which is an employer's filing of an Annual Federal Unemployment (FUTA) Tax Return.

14. The original tax assessed on the liability for the 2020 tax year described in paragraph 13 was $593.39; and the original penalty assessed was $148.35.

15. The total amount of unpaid annual federal unemployment taxes, including penalties and other statutory accruals, described in paragraphs 13 and 14 that the Secretary of the Treasury assessed against Psycoeducational for tax year 2020 is $1,091.83 as of August 1, 2026.

16. The Internal Revenue Service gave notice and demand for payment of the tax assessment described in paragraphs 13 through 15 to Psycoeducational.

17. Statutory additions for interest and penalties have accrued and will continue to accrue on the unpaid balance of the tax assessment described in paragraphs 13 through 15.

18. Psycoeducational has failed to pay the full amount owed under the assessments described in paragraphs 13 through 15.

19. By reason of the foregoing, Psycoeducational is indebted to the United States for unpaid annual federal unemployment tax and statutory additions for interest and penalties in the amount of **$1,091.83** as of August 1, 2026, plus interest and penalties that will continue to accrue according to law until paid.

20. Statutory additions for interest and penalties have accrued and will continue to accrue on the unpaid balance of the tax assessments described in paragraphs 13 through 15.

21. Psycoeducational has failed to pay the full amount owed under the assessments described in paragraphs 13 through 15.

22. By reason of the foregoing, Psycoeducational is indebted to the United States for unpaid annual FUTA tax and statutory additions for interest and penalties in the amount of

4

$1,091.83, plus interest and penalties that will continue to accrue according to law until paid.

## COUNT III

### FORECLOSURE OF FEDERAL TAX LIENS ON REAL PROPERTY

23. The United States incorporates Paragraphs 1 through 22 of the complaint as if fully set forth herein.

24. Psycoeducational owns real property located at Urb. Magnolia Gardens, Calle 8 W-20, Bayamon, PR 00956, which is a private school ("Real Property").  The Real Property is more properly described as:

    Número de Catastro: ---. Rústica: Lote: A. BARRIO CERRO GORDO de Bayamón Sur. Cabida: 3,797.58 Metros Cuadrados.  Linderos: Norte, con calle número 1 y la urbanización Country States.  Sur, con la urbanización Campo Alegre y en parte con la calle Laurel de la Urbanización Campo Alegre.  Este, con la calle número 8 de la Urbanización Magnolia Gardens y con los lotes X-1, #17, #18, #19 y #20 de dicha urbanización.  Oeste, con la finca principal de la cual se segrega.  Enclava un edificio escuela de una planta en hormigón, con dos salones de clases y otro edificio de una planta en metal y pisos de hormigón, de dos salones de clase, también dedidado a escuela.

25. By reason of the liabilities described in paragraphs 5 through 7 and 13 through 15 above, and pursuant to 26 U.S.C. § 6321, federal tax liens arose on the dates of assessments and attached to all property and rights to property owned by Psycoeducational.

26. Federal tax liens attached to the Real Property as of the dates of assessments.

27. Notices of the federal tax liens for the assessments pertaining to the unpaid federal quarterly FICA taxes of Psycoeducational for tax years 2016 through 2024 were recorded on July 23, 2021, March 17, 2023, August 24, 2023, May 10, 2024, and July 8, 2025.

28. The notice of the federal tax liens for the assessments pertaining to the unpaid federal annual FUTA taxes of Psycoeducational for tax year 2020 was recorded on August 24, 2023.

29. The notices of the federal tax lien for assessments pertaining to the unpaid federal quarterly taxes for tax years 2016 through 2024 and to the unpaid federal annual taxes for tax year 2020 of Psycoeducational described in paragraphs 5 through 7 and 13 through 15, above were recorded at Registro de la Propiedad de Puerto Rico, Departamento de Justicia, San Juan, Puerto Rico 00902.

30. The United States is entitled to foreclose its federal tax liens upon the Real Property and have a sale conducted of the Real Property, with the net sale proceeds applied to Psycoeducational's unpaid federal tax liabilities.

WHEREFORE, the United States of America respectfully prays for judgment as follows:

(a) That the Court grant judgment in favor of the United States and against Psycoeducational for unpaid federal quarterly FICA taxes for tax years 2016 through 2024 in the amount of **$149,784.51** as of August 1, 2026 together with statutory additions for interest and penalties that have accrued and will continue to accrue according to law until paid.

(b) That the Court grant judgment in favor of the United States and against Psycoeducational for the annual FUTA tax for tax year 2020 in the amount of **$1,091.83** as of August 1, 2026 together with statutory additions for interest and penalties that have accrued and will continue to accrue according to law until paid.

(c) That the Court order that the United States of America has valid and subsisting tax liens on the Real Property.

(d) That the United States' tax liens be foreclosed.

(e) That the Real Property be sold free and clear of any interests of the parties to this proceeding.

(f)  That the proceeds be distributed in accordance with the rights of the parties determined

herein.

(g)  That the Court grant the United States such other relief, including the costs of this action,

that the Court deems appropriate.


Dated: July 1, 2026                          Respectfully submitted

                                             BRETT A. SHUMATE
                                             Assistant Attorney General

                                             JOSHUA WU
                                             Deputy Assistant Attorney General, Tax
                                             Litigation Branch

                                             */s/ Carmen M. Banerjee*
                                             CARMEN M. BANERJEE
                                             USDC-PR Bar # G04506
                                             Trial Attorney
                                             Tax Litigation Branch
                                             Civil Division, Department of Justice
                                             P.O. Box 227
                                             Washington, DC 20044
                                             Telephone: (202) 353-3850
                                             Carmen.m.banerjee@usdoj.gov
                                             *Counsel for the United States of America*